UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANK KIM,

           Plaintiffs,

v.

BTG PACTUAL ASSET MANAGEMENT US, LLC; ANASTASIOS ARGEROS; CYRIL DELAPRAZ; MICHAEL GRANT; JACK McCLEARY; and WILLIAM ROSE,

           Defendants.

22-CV-3547 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On July 18, 2022, the Court stayed this matter until September 16, 2022 to allow Plaintiff to retain new counsel. On August 26, 2022, the Court granted Plaintiff's request for an extension of the stay until December 9, 2022, but indicated that no further extensions would be granted absent good cause. By no later than December 28, 2022, Plaintiff shall notify the Court as to whether he intends to seek new counsel or proceed *pro se*. Plaintiff is reminded that he must serve the summons and complaint within 90 days after the complaint is filed pursuant to Federal Rule of Civil Procedure Rule 4(m), and that failure to do so may result in dismissal.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Kim at the following address: 12819 SE 38th Street, #564, Bellevue, WA 98006

SO ORDERED.

Dated:   December 14, 2022
           New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge