

Advocates for Workplace Fairness

December 21, 2022

Via ECF
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   Re: ***Frank Kim v. BTG Pactual Asset Management US, LLC et al.;***
     ***22-CV-3547 (RA)***

Dear Judge Abrams:

  We have been retained by Plaintiff Frank Kim in the above-referenced matter. We write to inform the Court that the parties have agreed to engage in a private mediation under certain terms, including tolling of Mr. Kim's claims and the voluntary dismissal of this case without prejudice to him. As such, we anticipate filing a voluntary dismissal of Mr. Kim's claims shortly upon the parties' finalization of the terms. We therefore respectfully request that the Court stay any action on this matter until January 6, 2023.

              Respectfully submitted,

              Gregory S. Chiarello
              OUTTEN & GOLDEN LLP
              685 Third Avenue, 25th Floor
              New York, New York 10017
              T: 212-245-1000
              GChiarello@outtengolden.com
              *Attorneys for Plaintiff Frank Kim*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
12/22/2022

New York   685 3rd Ave 25th Floor, New York, NY 10017   T (212) 245-1000   F (646) 509-2060
San Francisco   1 California Street, 12th Floor, San Francisco, CA 94111   T (415) 322-1391   F (415) 638-8810
Washington, DC   1225 New York Ave NW, Suite 1200B, Washington, DC 20001   T (202) 914-5097   F (202) 847-4410

outtengolden.com   mail@outtengolden.com